

# Fourth Court of Appeals
## San Antonio, Texas

July 26, 2022

No. 04-22-00416-CV

**IN THE INTEREST OF B.R.T, A.C.K, AND C.A.M.**, Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-02100
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record was originally due on July 21, 2022, and on July 25, 2022 the court reporter filed a notification of late record requesting an extension until August 1, 2022. After consideration, we **grant** the extension and **order** the court reporter to file the reporter's record **by August 1, 2022.**

It is **ORDERED** on this 26th day of July, 2022.

PER CURAIM

ATTESTED: _____
MICHAEL A. CRUZ, Clerk of Court